Ave IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-14333-DMM

MATTHEW RIDENOUR,

        Plaintiff,

v.

FLAGSHIP CREDIT ACCEPTANCE, LLC,

        Defendant.

_____/

## ORDER STAYING CASE

THIS CAUSE comes before the Court on a Joint Motion to Stay Case Pending Arbitration ("Joint Motion"), filed on November 27, 2017. (DE 14). The Parties have notified the Court that they have agreed to arbitrate all of the claims against one another pursuant to the Parties' written arbitration agreement. As a result, the Parties request that the Court stay this action pending resolution of arbitration. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The Parties' Joint Motion (DE 14) is **GRANTED**.

(2) The Clerk of Court shall **ADMINISTRATIVELY CLOSE this CASE.**

(3) The Parties shall **FILE** a Joint Status Report within fourteen (14) days of the resolution of arbitration.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 29 day of November, 2017.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record