UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MATTHEW RIDENOUR

    Plaintiff,

v.                              CASE NO.: 2:17-cv-14333-DMM

FLAGSHIP CREDIT ACCEPTANCE, LLC

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Matthew Ridenour, and Defendant Flagship Credit Acceptance, LLC., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on September 17, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Derek K. Mountford* |
| Heather H. Jones, Esq. | Derek K. Mountford Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 127172 |
| William "Billy" Peerce Howard, Esq. | Carter Burgess, Esq. |
| Florida Bar No.: 0103330 | Florida Bar No.: 058298 |
| THE CONSUMER PROTECTION FIRM, PLLC | HOLLAND & KNIGHT, LLP |
| 4030 Henderson Blvd. | 50 N. Laura Street, Suite 3900 |
| Tampa, FL 33629 | Jacksonville, FL 32202 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Tel: (904) 798-5458 |
| Heather@TheConsumerProtectionFirm.com | Fax: (904) 358-1872 |
| Billy@TheConsumerProtectionFirm.com | derek.mountford@hklaw.com |
| *Attorneys for Plaintiff* | carter.burgess@hklaw.com |
| | *Attorney for Defendant* |